KEVIN V. RYAN (CSBN 118321)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Chief, Criminal Division

ALICIA FENRICK (CSBN 193860)
Assistant United States Attorney

Attorneys for Plaintiff

E-FILED

FILED
MAR 29 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,            )   No. CR 05-00661 WDB
                                     )
       Plaintiff,                    )
                                     )   MOTION AND [~~PROPOSED~~] ORDER TO
       v.                            )   DISMISS COMPLAINT WITH
                                     )   PREJUDICE
JOHN M. MINERVA,                     )
                                     )
       Defendant.                    )
_____)

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Northern District of California hereby dismisses the captioned Complaint against the defendant, John Minerva, with prejudice.

DATED: 3/29/06

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____
ALICIA FENRICK
Assistant United States Attorney

Leave of court is granted to file the foregoing dismissal without prejudice.

DATED: 3/29/06

_____
WAYNE D. BRAZIL
United States Magistrate Judge

DISMISSAL OF COMPLAINT
~~CR-3-04-30011 JL~~

cc: WDB's Stats, Copy to parties via ECF
    Marshal, Pretrial